```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                   AT ROANOKE, VA
                                                        FILED
         IN THE UNITED STATES DISTRICT COURT      AUG 22 2006
         FOR THE WESTERN DISTRICT OF VIRGINIA
                  ROANOKE DIVISION              JOHN F. CORCORAN, CLERK
                                                BY:
                                                      DEPUTY CLERK
```

ERROL WINTER, )
　　　Petitioner, ) Civil Action No. 7:06-cv-00493
　　　　　　　　　　　　　　　　　　　　)
v. ) **FINAL ORDER**
　　　　　　　　　　　　　　　　　　　　)
TERRY O'BRIEN, WARDEN, ) By: Hon. James C. Turk
　　　Respondent. ) Senior United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 22nd day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge